**Order issued July 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00447-CR**
**No. 05-14-00448-CR**
**No. 05-14-00449-CR**
**No. 05-14-00450-CR**
**No. 05-14-00451-CR**

**CHASON MATTHEW ODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the February 20, 2015 motion of

Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the

Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We

**DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Chason Matthew Oden, TDCJ No. 1926258, Coffield Unit, 2661 FM 2054, Tennessee Colony,

Texas, 75884.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE